O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6204 AHM (RZx) | Date | September 4, 2009 |
|---|---|---|---|
| Title | ADAMS *et al.* v. PFIZER, INC. *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

   The Court finding no basis for removal jurisdiction, given the incomplete diversity of the parties, and Defendants having consented, the case is REMANDED to the Superior Court of California, County of Los Angeles.

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |

**JS-6**